NEALEY AUGUSTA, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Decision Filed January 30, 1923.

A Writ of Error to the Circuit Court for Volusia County; James W. Perkins, Judge.

*Scarlet & Jordan* and *J. E. Peacock,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *Marvin C. McIntosh,* assistant, for the State.

PER CURIAM.—The record of the conviction of the plaintiff in error of murder in the first degree discloses no material error that could reasonably have prejudiced the rights of the defendant in the trial; and as the evidence amply sustains the verdict, the judgment entered thereon accords with law and is affirmed.

All concur.